IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02155-CMA-MEH

BOBBIE FLOWERS, individually and as Conservator for Joshua Ochoa, a minor conservatee,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, d/b/a CIGNA Group Insurance,
CIGNA INTELLECTUAL PROPERTY, INC., d/b/a CIGNA Group Insurance, and
METROPOLITAN LIFE INSURANCE, d/b/a MetLife,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 14, 2010.**

    Plaintiff's Motion for Leave to File Second Amended Complaint [filed September 10, 2010; docket #9] is **granted**. The motion is unopposed, and at this early stage of the litigation the Court finds justice requires granting leave to amend. Accordingly, the Second Amended Complaint at docket #10 is accepted and entered as filed.