IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02155-CMA-MEH

BOBBIE FLOWERS, individually and as Conservator for Joshua Ochoa, a minor conservatee,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, d/b/a CIGNA Group Insurance,
CIGNA INTELLECTUAL PROPERTY, INC., d/b/a CIGNA Group Insurance, and
METROPOLITAN LIFE INSURANCE, d/b/a MetLife,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 29, 2010.**

    The Unopposed Motion to Vacate Scheduling Conference [filed September 27, 2010; docket #16] is **granted in part** and **denied in part**. The Scheduling Conference set for **November 3, 2010**, at **9:45 a.m.** is hereby **converted** to a **Status Conference** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado.

    Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.